# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ROSA ORTIZ QUINONES AND
ROSELINE MALDONADO ORTIZ,
Plaintiff,

                                                                                                              **CIVIL NO. 03-2373(DRD)**

    v.

THE ST. PAUL INSURANCE COMPANY,
WILLIAMS PATENT CRUSHER
AND PULVERIZER COMPANY,
Defendant

## JUDGMENT BY STIPULATION

On September 20, 2005, Plaintiffs and Defendants reached a Settlement Agreement. The terms and conditions of the settlement are known and are, thus, approved by the Court.

The Court, today, held a hearing to verify that the settlement was reasonable as to the minor. The mother appeared and, under oath, agreed to the terms as to the damages of the minor and found the settlement reasonable. Furthermore, Solicitor for Family Affairs for the Commonwealth of Puerto Rico, Olivette Rivera Torres, appeared before the Court and informed that the Commonwealth had no objections to the terms and conditions set forth in the settlement agreement as to the minor at issue, and, thus, accepted said terms and conditions on behalf of minor Roseline Maldonado Ortiz.

As a result of the agreement, all the parties expressly waive and fully release each other from any and all claims, objections, challenges, and/or damages past, present and future related to or arising out of the damages alleged in the Complaint. Accordingly, the Court hereby **ENTERS A JUDGMENT** and **DISMISSES WITH PREJUDICE** all claims in the instant case. The Court shall retain jurisdiction for compliance purposes.

This case is closed.

**IT IS SO ORDERED, ADJUDGED, AND DECREED**.

                                                                               S/ Daniel R. Domínguez
                                                                               **DANIEL R. DOMINGUEZ**
**Date**: September 26, 2005.                                U.S. District Judge