UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**ROSA ORTIZ QUINONES, et als.,**
Plaintiffs,

**CIVIL NO. 03-2373 (DRD)**

v.

**THE ST. PAUL INSURANCE COMPANY, et al.,**
Defendants.

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** 9/27/05   **Docket # 78**<br><br>[X] **Plffs**      [ ] **Defts**<br>[ ] **Other**<br><br>**Title:** MOTION REQUESTING APPROVAL OF MINOR'S OPPENHEIMER ACCOUNT | On September 27, 2005, plaintiffs filed a motion requesting permission to invest settlement funds belonging to minor Rosaline Maldonado Ortiz. (Docket No. 78). After consideration of plaintiffs' submission and the attached document regarding biographical information of Mr. Paul Lausell (proposed broker at Oppenheimer), and CD rates, the Court hereby **GRANTS** permission to invest the settlement funds belonging to the Rosaline Maldonado Ortiz as follows:<br><br>▸ $23,000.00 in a 6-month CD backed by the FDIC;<br>▸ Remaining sum split between a 2-year and a 4-year CD also backed by the FDIC (at a yield of 4.25% and 4.40%).<br><br>Pursuant to the above, the court orders the Clerk of the Court to issue a check for the amount of $73,750.00 (the net proceeds belonging to the minor) plus interest minus registry fees to the order of Oppenheimer care of Mr. Paul Lausell. Once so invested, no movement of funds shall be made without an order of the court, even after said minor reaches the legal age. The Court must be satisfied that the minor has reached legal age.<br><br>Oppenheimer is to provide both the court and the minor's guardian with periodical financial statements regarding the above investment. For administrative purposes, said statements are to include the name of the parties in the above captioned case, the case number (Civ. No.03-2373 (DRD)), and the Oppenheimer account number.<br><br>**IT IS SO ORDERED.** |

**Date**:   October 6, 2005

S/ Daniel R. Dominguez
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**